IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CLIFFORD RAY HACKETT, | ) | CV 16-00066 ACK-RLP |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RED GUAHAN BUS , | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 23, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That the District Court Deny Plaintiff's Application to Proceed Without Prepayment of Fees and Dismiss the Complaint With Leave to Amend" ("Findings and Recommendation") are adopted as the opinion and order of this Court.[1]

---

[1] The Court notes that after Magistrate Judge Puglisi issued the Findings and Recommendation, Plaintiff filed a Motion for Leave to Proceed in Forma Pauperis and an Amended Complaint. ECF Nos. 5, 7. The Amended Complaint does not appear to cure the defects noted in the Findings & Recommendation. For example, the Amended Complaint does not provide sufficient facts to support the Court's exercise of personal jurisdiction over Defendant, nor does it specify Plaintiff's disability. The Amended Complaint also fails to address the conclusion in the Findings & Recommendation that the Complaint should be dismissed under the first-to-file rule. The Court assumes the Magistrate Judge will separately

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 9, 2016



_____
Alan C. Kay
Sr. United States District Judge

Hackett v. Red Guahan Bus, Civ. No. 16-00066 ACK-RLP, Order Adopting Magistrate Judge's Findings and Recommendation.

---

consider Plaintiff's Motion for Leave to Proceed in Forma Pauperis and Amended Complaint.