IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CLIFFORD RAY HACKETT, | ) | CV 16-00066 ACK-RLP |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RED GUAHAN BUS , | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on March 22, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that the District Court Deny Plaintiff's Second Application to Proceed Without Prepayment of Fees and Dismiss the Amended Complaint With Leave to Amend" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 11, 2016



_____
Alan C. Kay
Sr. United States District Judge

Hackett v. Red Guahan Bus, Civ. No. 16-00066 ACK-RLP, Order Adopting Magistrate Judge's Findings and Recommendation