# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| CLIFFORD RAY HACKETT | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 16-00066 ACK-RLP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| RED GUAHAN BUS | June 6, 2016 |
| Defendant(s). | At 3 o'clock and 40 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Amended Complaint is dismissed with prejudice, pursuant to the following orders:

- "Order Granting Plaintiff's Request for Leave to File by Fax and Denying Plaintiff's Request for Leave to Serve Parties Electronically; Findings and Recommendation that the District Court Deny Plaintiff's Application to Proceed Without Prepayment of Fees and Dismiss the Complaint With Leave to Amend" filed February 23, 2016;

- "Order Adopting Magistrate Judge's Findings and Recommendation" filed March 9, 2016;

- "Findings and Recommendation that the District Court Deny Plaintiff's Second Application to Proceed Without Prepayment of Fees and Dismiss the Amended Complaint With Leave to Amend", filed March 22, 2016;

- "Order Adopting Magistrate Judge's Findings and Recommendation" filed April 11, 2016;

- "Order Dismissing Complaint With Prejudice" filed June 6, 2016. Pursuant to the Order filed June 6, 2016, it is ordered that the Clerk's Office shall close this case.

|  |  |
|---|---|
| June 6, 2016 | SUE BEITIA |
| Date | Clerk |
|  | /s/ Sue Beitia by ET |
|  | (By) Deputy Clerk |